No. 84–1293. KELLEY v. TEXAS REAL ESTATE COMMISSION. Appeal from Ct. App. Tex., 14th Sup. Jud. Dist., dismissed for want of jurisdiction.

No. 84–1082. OPPENHEIMER & CO., INC. v. YOUNG. Appeal from Sup. Ct. Fla. Judgment vacated and case remanded for further consideration in light of *Dean Witter Reynolds Inc.* v. *Byrd*, *ante*, p. 213. JUSTICE STEVENS would note probable jurisdiction and set case for oral argument.

No. 83–2101. DANIEL v. OFFICE OF PERSONNEL MANAGEMENT. C. A. Fed. Cir. Certiorari granted, judgment vacated, and case remanded for further consideration in light of *Lindahl* v. *Office of Personnel Management*, *ante*, p. 768.